# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Kuryapi Insaat Taahhut Ve Ticaret Ltd St ) ASBCA No. 60405
)
Under Contract No. FA5685-10-C-0017 )

APPEARANCE FOR THE APPELLANT: Mr. Murat Karakus
Project Manager

APPEARANCES FOR THE GOVERNMENT: Col Matthew J. Mulbarger, USAF
Air Force Chief Trial Attorney
Capt Matthew Ramage-White, USAF
Erika Whelan-Retta, Esq.
Trial Attorneys

## ORDER OF DISMISSAL

By email dated 6 January 2016, Mr. Murat Karakus filed a notice of appeal with the Board from a deemed denial of appellant's claim. Prior to the filing of a complaint, Mr. Karakus filed a request to withdraw the appeal for further discussions with the government. The government does not object. Accordingly, this appeal is dismissed from the Board's docket without prejudice.

Dated: 24 February 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60405, Appeal of Kuryapi Insaat Taahhut Ve Ticaret Ltd St, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals